UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA ) 
 ) 
vs. ) No. 3:08-CR-68(1)
 ) 
SHANE ROBINSON ) 

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 2, 2008 [Doc. No. 34]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Shane Robinson's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   October 21, 2008   

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court